*U.S. Attorney*    *CA  B-03-039*    ③

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  2/21/03 |
| NAME OF SERVER (PRINT)  *Lisa S. Brodyaga* | TITLE  *Attorney* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  *Cert. Mail RRR*

United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/03/03
_____
Date

Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas  78586

Address of Server

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Atty
PO Box 61129
Houston Tx
77208

2. Article Number (Copy from service label)
7000 0520 0023 5697 1292

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  *Geoffrey Relick*   B. Date of Delivery  2-21-03

C. Signature
X _____   ☐ Agent  ☑ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

*Garza-Anope*
*Tapia-Santoy*

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

United States District Court
Southern District of Texas
RECEIVED

MAR 0 4 2003  4:00

Michael N. Milby, Clerk