IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 4 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| FERNANDO TAPIA-SANTOY, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-03-039 |
| AARON CABRERA, ACTING DIRECTOR ) | |
| INA, HLG/DRO, and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES ) | |
| ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner FERNANDO TAPIA-SANTOY with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Date: April 14, 2003      Fax: (956) 389-7057

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of it in the United States mail, first class postage prepaid, to:

> Lisa Brodyaga, Esquire
> Refugio Del Rio Grande
> 17891 Landrum Park Rd.
> San Benito, TX  78586

on this the 14th day of April, 2003.

_____
Lisa M. Putnam
Special Assistant U.S. Attorney

Case 1:03-cv-00039   Document 4   Filed in TXSD on 04/14/2003.   Page 2 of 2