**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**-BROWNSVILLE DIVISION-**

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FERNANDO TAPIA SANTOY,<br>    Petitioner, | §<br>§<br>§ |
| VS. | §<br>§ |
| AARON CABRERA,<br>    ACTING DIRECTOR,<br>    INS HLG / DO, and,<br>JOHN ASHCROFT, UNITED STATES<br>    ATTORNEY GENERAL,<br>    Respondents. | §<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-03-039

## TRANSFER ORDER

On August 10, 2005, Respondents filed an Unopposed Motion to Transfer Petitioner's

§ 2241 petition to the United States Court of Appeals for the Fifth Circuit pursuant to the Real ID

Act of 2005.

Petitioner's immigration proceedings were concluded by the Immigration Judge in

Harlingen, Texas, and the final order from the BIA was issued on January 10, 2003.

It is hereby ORDERED that Respondent's Motion to Transfer (Docket No. 9) be

GRANTED.  The Clerk shall TRANSFER a paper copy of the entire available record to Fifth

Circuit Court of Appeals pursuant to the Real ID Act of 2005, Pub. L. No. 103-13, 119 Stat. 231,

Section 106.

DONE at Brownsville, Texas, this 23rd day of September, 2005.

John Wm. Black
United States Magistrate Judge