# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
### 600 E. HARRISON ST., #101
### Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**October 14, 2005**

Mr. Charles R. Fulbruge, III, Clerk　　　Re:　**Fernando Tapia Santoy**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102　　　　　　　VS.
New Orleans, Louisiana 70130

　　　　　　　　　　　　　　　　　　　　**Aaron Cabrera, et al.**

　　　　　　　　　　　　　　　　　　　　**CA B-03-039**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of __1__ Volume(s) of the record; __0__ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. Magistrate Judge entering the order transferring this case is:_____
　　**John Wm Black**

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　MICHAEL N. MILBY, CLERK

　　　　　　　　　　　　　　　　　　BY: _Maricela Perez_
　　　　　　　　　　　　　　　　　　　　Maricela Perez, Deputy Clerk

cc:　File